FILED

01/07/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0013

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0013

STATE OF MONTANA,

Plaintiff and Appellee,

v.

KELLY BALL,

Defendant and Appellant.

FILED

JAN 0 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Carl B. Jenson, Jr., counsel for Appellant Kelly Ball, has filed a Motion of Withdrawal, indicating that Appellant no longer wants Jensen's representation, and seeks representation from the Appellate Defender Division.

Pursuant to the motion,

IT IS HEREBY ORDERED that the Motion of Withdrawal is GRANTED.

The Appellate Defender Division shall have thirty days from the date of this Order within which to file either a notice of appearance or a motion to rescind this Order appointing counsel. In the event the Appellant qualifies for appointed counsel, the Appellate Defender Division shall immediately order transcripts.

The Clerk is directed to provide a copy of this Order to counsel of record, to Appellant Kelly Ball, and to the Appellate Defender Division.

DATED this 6 day of January, 2021.

For the Court,

Chief Justice